# *UNITED STATES DISTRICT COURT*

***for the***

***District of Rhode Island***

***Case No. 1:08-MJ-08M***

***To: ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **EDWARD PEREZ,** by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **3:00 o'clock p.m.**, on the **18th** day of **January, 2008**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**PLEASE HAVE DEFENDANT AT COURTHOUSE FOR 9:00 A.M. FOR PRE-TRIAL INTERVIEW**

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: January 17, 2008.

David A. DiMarzio, Clerk

Initial Appearance

*By* *Martha Saucier - Deputy Clerk*