AO 458 (Rev. 5/85) Appearance

# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

## APPEARANCE

CASE NUMBER: 1 08 - M J - 0 8 M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for EDWARD PEREZ

1/17/08
*Date*

#1612
*Signature*

JOHN H. RUGINSKI, JR.
129 Dorrance Street
Providence, RI 02903
*Print Name*

*Address*

*City* *State* *Zip Code*

401-272-7966
*Phone Number*