AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Edward Perez

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 108-14J-0814

I, Edward Perez, charged in a (complaint) ~~(petition)~~ pending in this District with Conspiracy to possess w/ intent cocaine in violation of Title 21, U.S.C., 846, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Edward Perez
Defendant

1-17-08
Date

[signature]
Counsel for Defendant