IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR. No. CR08-105 |
| | : | |
| v. | : | In Violation of |
| | : | 21 U.S.C. § 846; |
| | : | 21 U.S.C. §§ 841(a)(1) |
| | : | and (b)(1)(A) |
| EDWARD PEREZ, a/k/a | : | |
| Edwin Perez | : | |

## INDICTMENT

The Grand Jury charges that:

From a time unknown up to and including on or about December 31, 2007, in the District of Rhode Island, the defendant, EDWARD PEREZ, a/k/a Edwin Perez, did knowingly, intentionally, and wilfully combine, conspire, confederate, and agree with at least one other person to distribute five hundred (500)grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), all in violation of 21 U.S.C. § 846.

A TRUE BILL:

REDACTED

Grand Jury Fo

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHEN G. DAMBRUCH
Assistant United States Attorney

LUIS M. MATOS
First Assistant United States Attorney

Dated: 02/13/2008