EXHIBIT 2

RHODE ISLAND DEPARTMENT OF HEALTH LABORATORIES

# FORENSIC SCIENCES

50 ORMS ST., PROVIDENCE, RI 02904-2293; ROOM 306
401-222-5600, TTY 1-800-745-5555

HOURS: M-F, 8:30 a.m. - 4:30 p.m.
(appointment required for special requests)

| CONTACTS: | |
|---|---|
| CHIEF | 222-5593 / 222-6985 FAX |
| DRUGS | 222-5567 / 222-6064 FAX |
| TOX/DUI | 222-5565 / 222-5566 FAX |
| BIO/DNA | 222-5534 / 222-5536 FAX |
| BREATH | 222-1469 / 222-6985 FAX |
| EVIDENCE | 222-5569 / 222-6064 FAX |

## EVIDENCE EXAMINATION REQUEST AND RECEIPT

**(ALL BIOLOGY/DNA CASES REQUIRE A COPY OF THE POLICE REPORT)**

| | | | |
|---|---|---|---|
| SUBMITTING AGENCY<br>R.I.State Police/Narcotics Unit | COUNTY<br>Providence | SUSPECT (S)<br>1. Perez, Edward | DOB<br>[redacted] |
| AGENCY CASE #<br>07RiX1-892-AR | DATE OF OCCURENCE<br>12/21/07 | 2. | DOB |
| SUPPLEMENTAL SUBMISSION TO CASE # | JUVENILE ☐ FEDERAL ☐ | 3. | DOB |
| ARRESTING OFFICER<br>Det. Joseph Philbin | CHARGE<br>Narcotic Offenses | 4. | DOB |
| INVESTIGATING OFFICER | PHONE NUMBER<br>444-1158 | VICTIM | DOB |

| ITEM # | DESCRIPTION OF EACH ITEM SUBMITTED | REQUEST |
|---|---|---|
| 1 | (1) One powdery white substance, rectangular shaped, and wrapped in plastic. | Identity/Cocaine Base |
| 1 | (1) One plastic bag containing white powdery substance. | Identity/Cocaine Base |

***THIS BOX MUST BE COMPLETED FOR DUI CASES ONLY***

| | | |
|---|---|---|
| SUSPECT ADDRESS | | DOB |
| TIME OF APPREHENSION | MEDICAL PERSON COLLECTING SAMPLE | MEDICAL PERSON'S PLACE OF EMPLOYMENT |

| | | |
|---|---|---|
| LABORATORY DATE/TIME<br>1/4/08 11:03 | GROSS WEIGHT<br>1282.19 | SUBMITTED BY (PRINT NAME)<br>Cpl John P. A'Vant #110 |
| | | SUBMITTED BY (SIGNATURE)<br>[signature] |

Rhode Island Forensic Science Lab
**FC 08-40**
Department: Rhode Island State Police//
Case No : 07RIX1-892-AR

*I ACKNOWLEDGE RECEIPT OF EVIDENCE PURPORTED TO BE AS DESCRIBED ABOVE. REQUESTS FOR ANALYSIS ARE ACCEPTED SUBJECT TO REVIEW.*
RECEIVED BY (SIGNATURE OF AUTHORIZED LABORATORY PERSON)