EXHIBIT 3

**Rhode Island Forensic Science Laboratory**
**Forensic Drug Chemistry**
**50 Orms Street, Providence, RI 02904**
**(401)222-5567 / Fax (401)222-6064**

Report Date 1/25/2008
Page 1 of 1

Laboratory Case : FC 08-40 Report 1
Department : Rhode Island State Police//P
Case Number : 07RIX1-892-AR
Case Officer : PHILBIN

Case Names: PEREZ, EDWARD

Submitted : 1/4/2008 11:03:31 AM to Jane Wilbur by JOHN A'VANT

**Exhibit Description(s) and/or Analysis**

**Item 01** The following evidence was submitted:

Exhibit 1 **One paper/plastic package containing material.**

***Results and Observations***

**Positive Cocaine Salts (Schedule II).**

**Net weight of material: 984.51 grams**

Exhibit 2 **One plastic bag containing material.**

***Results and Observations***

**Positive Cocaine Salts (Schedule II).**

**Net weight of material: 5.18 grams**

I Affirm that this document is a true report of the analysis that I performed.

Subscribed and sworn to before me under the penalties of perjury.

Paul Breault

Senior Forensic Scientist
Paul Breault, M.S.

Paul Iwuc 1/25/2008

Notary
Paul Iwuc #55115 Exp. 3/30/2009