EXHIBIT 4

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

2817470

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

1. FPF No. 2008205100182201
2. Incident No. 2008520019756 01
3. Investigative Case No. PF13CE08PF0005
4. Enforce No.
5. Prior Detention? Yes [X] No [ ] If yes, CBP 6051D No. 3480207
6. Date Seized (mm/dd/yyyy) 12/28/2007
7. Time Seized (Use 24 Hrs) 0230
8. FDIN/Misc.
9. Seized From:
Name: Charlotte Nelime
Address: 1603 Plainfield Pike, F6
Johnston, RI 02919
Telephone No. ( ) Ext.
10. Entry No. 6753 3876 1707
11. Seal or Other ID Nos.
12. Remarks: Bag CS0253914 - opened for delivery
cocaine moved to 0043058
cocaine sample moved to 0254088
13. Send Correspondence to:
10 Causeway St. 8th FL Boston, MA 02222

14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 1a | Cocaine - est 1200 g approx | 1 | ev bag | Approx 1.15 | kg | $ |
| 1b | Cocaine sample approx | 1 | ev bag | 1.05 | kg | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

15. Seizing Officer: Joseph Sullivan X [signature] 1/2/2008
Print Name Signature Date

16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 1a+1b | cocaine & cocaine sample | Cpl. A'Vant - RISP HIDTA Task Force | [signature] | 1/2/07 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached? Yes [ ] No [ ]

CBP Form 6051S (03/04)

CBP Retains Original