IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 08-010S |
| | : | |
| EDWARD PEREZ | : | |

**NOTICE OF ENTRY OF APPEARANCE**

I hereby enter my appearance as counsel for the United States of America in the above matter. Assistant United States Attorney Stephen G. Dambruch, who was previously assigned this matter, is no longer lead attorney in this case.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ GERARD B. SULLIVAN
GERARD B. SULLIVAN
Assistant U.S. Attorney
RI Bar #3134
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email gerard.sullivan@usdoj.gov

CERTIFICATION OF SERVICE

On this 10th day of April, 2008, I caused the within Notice of Attorney Appearance to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

John Ruginski, Esquire
129 Dorrance Street
Providence, RI 02903

/s/ GERARD B. SULLIVAN
GERARD B. SULLIVAN
Assistant U.S. Attorney
RI Bar #3134
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email gerard.sullivan@usdoj.gov