IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. No. 08-010S |
| | ) | |
| EDWARD PEREZ | ) | |

GOVERNMENT'S MOTION TO EXTEND

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Gerard B. Sullivan, Assistant United States Attorney, moves the Court to extend the Government's response date until Monday, April 14, 2008. The response to Defendant's Motion To Suppress Physical Evidence is currently due today, April 10, 2008.

As grounds therefore, the undersigned attorney has just recently been assigned this case and respectfully requests this extension. The extension will not impact the trial calendar call scheduled for April 15, 2008.

Respectfully submitted,
UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ GERARD B. SULLIVAN
GERARD B. SULLIVAN
Assistant U. S. Attorney
RI Bar 3134
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email gerard.sullivan@usdoj.gov

CERTIFICATION

On April 10, 2008, I caused the within "Government's Motion to Extend" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

John Ruginski, Esquire
129 Dorrance Street
Providence, RI 02903

/s/ GERARD B. SULLIVAN
GERARD B. SULLIVAN
Assistant U. S. Attorney
RI Bar 3134
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email gerard.sullivan@usdoj.gov