UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

USA

v.

~~Rafael Fernandez-Rogue~~ ~~CR07-100-03S~~
~~Adolfo Verdugo~~ ~~CR07-100-04S~~
Edward Perez CR08-0101S

CONSENT TO VOIR DIRE/JURY SELECTION
BY A MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(b)(3), the undersigned hereby voluntarily consent to have a Magistrate Judge rather than a District Judge conduct the voir dire and jury selection in this case.

FOR THE GOVERNMENT:

[signature] Date: May 6, 2008
Signature of AUSA

Gerard B Sullivan
Printed Name of AUSA

FOR THE DEFENDANT:

[signature] Date: 5/6/08
Signature of Defense Attorney

John H. Ruginski, Jr.
Printed Name of Defense Attorney

Defendant must indicate consent by signing below:

[signature] Date: 5/6/08
Signature of Defendant

Edward Perez
Printed Name of Defendant