AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

USA v. Edward Perez

CASE NUMBER: CR08-10S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Smith | Sullivan | Ruginski, Vizivi |
| TRIAL DATE(S): 5-19, 5-20-08 | COURT REPORTER: A. Clayton | COURTROOM DEPUTY: R. Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 5·19 | —— | —— | W-1 CBP officer Calvin Worley, Sworn |
| 15 | | 5-19 | ID | Full | Toy Car |
| 5 | | 5·19 | ID | Full | Commercial shipping invoice & international shipping |
| | | | | | documents w/ package at Memphis, TN |
| 2 | | 5·19 | ID | Full | Photo - toy car at Memphis, TN date stamped |
| 3 | | 5·19 | ID | Full | Photo - Bottom of toy car at Memphis, TN, w/ |
| | | | | | Secret compartment and cocaine exposed, date stamped |
| 6 | | 5·19 | ID | Full | photo - field test pouch at Memphis, TN date stamped |
| 7 | | 5·19 | ID | Full | Field test result form |
| 8 | | 5·19 | ID | Full | CBP custody receipt for seized property and evidence |
| | | | | | # 3480207 |
| 1 | | 5·19 | ID | Full 5-20-08 | Approximately 1 kilogram cocaine, original packaging |
| | | | | | and evidence bags |
| 4 | | 5·19 | | Full | Photo - of cocaine in original packaging @ Memphis, TN |
| ✓ | | 5·19 | —— | —— | W-2 Spec. Agent Ryan Hubbard, ICE (Memphis, TN), sworn |
| 9 | | 5·19 | | Full | FedEx airbill # 8524 4778 6470 |
| 10 | | 5·19 | | Full | Photo - opened shipping container Prov. RI |
| ✓ | | 5·19 | —— | —— | W-3 Spec. Agent Joseph Sullivan, ICE, sworn |
| 16 | | 5·19 | ID | Full | ICE Prov. evidence control book pgs. 5a + 5b |
| 11 | | 5·19 | | Full | Photo - original shipping label |
| 12 | | 5·19 | | Full | Photo - original packaging @ Prov. RI |
| 13 | | 5·19 | | Full | Photo - toy car @ Prov. RI |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

USA vs. Edward Perez

CASE NO. CA08-10S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 14 | | 5·19 | | Full | Photo-bottom of toy car @ Prov-RI |
| 18 | | 5·19 | | Full | Consent to search - Ann Marie Scungio |
| 19 | | 5·19 | | Full | Rights Form - Edward Perez |
| 25 | | 5/19/08 | ✓ | Full | Sprint toll records |
| 26 | | 5/19/08 | | Full | T-Mobil Subscriber Records |
| 20 | | 5/19/08 | | Full | Custody Receipt for # 2817470 |
| — | — | 5/19/08 | — | — | W-4 John Pasciucco |
| 17 | | 5/19/08 | ✓ | Full | FedEx Signature Record |
| — | — | 5/19/08 | — | — | W-5 James Brady |
| — | — | 5/19/08 | — | — | W-6 Brendan Hickey |
| — | — | 5/19/08 | — | — | W-7 Anne Marie Scungio |
| — | — | 5/19/08 | — | — | W-8 Charlotte Nehme |
| — | — | 5/19/08 | — | — | W-9 John A'Vant |
| 27 | | 5/19/08 | ✓ | Full | Photograph of evidence |
| 21 | | 5/19/08 | ✓ | Full | RI Forensic chain of custody report |
| 24 | | 5/19/08 | ✓ | Full | Inventory Tracking Report |
| | | DAY 2 | | | |
| — | — | 5·20·08 | — | — | W-10 Paul Breault, sworn |
| 22 | | 5·20·08 | — | Full | Evidence Examination Request and receipt |
| 23 | | 5·20·08 | ✓ | Full | Report - Forensic Drug Chemistry analysis |
| — | — | 5·20·08 | — | — | W-11 - Detective Michelle Kershaw, sworn |
| — | — | 5·20·08 | — | — | W-12 - Special Agent David Carnevale, DEA, Sworn |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |