IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 08-010S |
| | ) | |
| EDWARD PEREZ | ) | |
| | ) | |

**VERDICT FORM**

1. As to Count 1 of the Indictment, conspiracy to distribute 500 grams or more of cocaine, we the jury find the Defendant, Edward Perez,

✓
GUILTY NOT GUILTY

Foreperson