IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| * * * * * * * * * * * * | CRIMINAL ACTION |
| USA | 08-10 |
| VS. | MAY 20, 2008 |
| EDWARD PEREZ | PROVIDENCE, RI |
| * * * * * * * * * * * * | |

HEARD BEFORE THE HONORABLE WILLIAM E. SMITH

DISTRICT JUDGE

(TESTIMONY OF DAVID CARNEVALE)

APPEARANCES:

FOR THE GOVERNMENT: GERARD B. SULLIVAN, ESQ.
U.S. Attorney's Office
50 Kennedy Plaza
Providence, RI 02903

FOR THE DEFENDANT: JOHN H. RUGINSKI, JR., ESQ.
129 Dorrance Street
Providence, RI 02903

Court Reporter: Anne M. Clayton, RPR
One Exchange Terrace
Providence, RI 02903

Proceeding reported and produced by computer-aided stenography

# I N D E X


| WITNESS | PAGE |
| --- | --- |
| DAVID CARNEVALE | |
| Direct Examination by Mr. Sullivan: | 3 |


__________________________

DAVID CARNEVALE, first having been duly sworn, testified as follows:

THE CLERK: Please state your name and spell your last name for the record.

THE WITNESS: David Carnevale, C-A-R-N-E-V-A-L-E.

THE COURT: Good morning, Mr. Carnevale.

And you may inquire, Mr. Sullivan.

DIRECT EXAMINATION BY MR. SULLIVAN

Q. Agent Carnevale, who do you work for, sir?

A. I work for the Drug Enforcement Administration.

Q. What is the mission of the Drug Enforcement Administration?

A. To investigate the Controlled Substance Act, illegal drugs.

Q. How long have you been at that type of work?

A. Twenty-one years.

Q. What is your educational background?

A. I received a BA in economics and history from the University of Rhode Island in 1983.

Q. What specialized training and experience have you received through your employment with the Drug Enforcement Administration?

A. I attended the DEA basic agent academy in '86. Prior to that, I received a lot of specialized training

to do anti-narcotics work in South America.
Q. Could you explain that, please.
A. I attended two three-month, eight-hour-a-day Spanish language school training. I went to Panama with the Special Forces to learn jungle training operations. I spent five weeks with the United States Marine Corps at Camp Lejeune, Second Force Recon Company, an additional two weeks with the Marines at Quantico.
Q. In your time in South America, did you have the opportunity to go to the coca fields and to see how the coca plants are grown and cocaine is manufactured and produced?
A. Yes.
Q. What type of work were you involved in when you were down there doing that sort of activity?
A. Counter-narcotics work. We were destroying the cocaine labs and the air fields that existed in South America.
Q. What are your current assigned duties?
A. I'm a special agent assigned to the Providence resident office in Warwick, Rhode Island.
Q. How long have you been assigned to the Providence resident office?
A. Fourteen years.

Q. I take it the Providence resident office does that sort of drug interdiction and the investigation work here in Providence, Rhode Island and throughout the state?
A. Yes.
Q. Where were you assigned before that?
A. Boston.
Q. As a DEA agent, have you been personally involved in investigations of violations of federal drug laws?
A. Yes.
Q. Involving cocaine?
A. Yes.
Q. How many?
A. Hundreds of investigations.
Q. What types of investigations have you been personally involved in?
A. Court-authorized wiretaps, reverse undercover operations, undercover operations, undercover surveillance, controlled buys, controlled deliveries.
Q. What sort of involvement did you have in all of those matters?
A. I was assisting, and some of those cases were my own.
Q. In addition to your Title III work or your wiretap work or your interdiction work, your surveillance work,

did you also get involved in the execution of search warrants?
A. Yes.
Q. And have you even been involved in operations in which controlled deliveries of drugs have been made?
A. Yes.
Q. Can you tell us how many investigations involving the drug, cocaine, you have been personally involved in?
A. Hundreds.
Q. Is it fair to say that you've seen a kilogram of cocaine before?
A. Yes.
Q. How many times?
A. Numerous.
Q. Is a kilogram of cocaine a typical unit of measurement in the transport of cocaine?
A. Yes.
Q. How is a kilogram of cocaine typically packaged?
A. It's usually an eight-inch by two-inch by two-inch brick. The cocaine is compressed into a powder form. It's wrapped either with cellophane, a masking agent and then duct-taped together.
Q. You've testified that you've arrested cocaine traffickers on a number of occasions; is that correct?

A. Yes.
Q. After you arrest a drug trafficker, do you typically have or do you have a routine that you try to follow?
A. Yes.
Q. What is that?
A. If there's more than one person, we try to separate the individuals. We talk to each individual to find out what their level of involvement is or what they think their level of involvement is for that particular crime.
Q. And through your conversations with drug traffickers and cocaine traffickers, have you come to be familiar with the methods and mechanisms by which cocaine is trafficked from South America and through this country?
A. Yes.
Q. You also testified that you have been personally involved in wiretaps involving the drug, cocaine. Have you overheard conversations between and among cocaine traffickers concerning how they were trafficking drugs throughout this country?
A. Yes.
Q. In the course of your regular duties, and being involved with many other agents engaged in the same

types of investigations, cases and conversations, have you gained the experience and knowledge that other agents doing this sort of work have imparted to you concerning the method and production and distribution of the drug, cocaine?
A. Yes.
Q. In addition to all of that education and on-the-job experience and training, do you regularly receive literature provided to you by the DEA containing intelligence reports concerning your agency's activity and monitoring of drug trafficking in this country?
A. Yes.
Q. Based on your then training and all of that experience, can you tell us where cocaine comes from?
A. South America.
Q. What type of agricultural product does cocaine come from?
A. It comes from a bush called the coca plant.
Q. Where is the coca plant principally grown?
A. The largest producer of coca is Peru; the second largest is Bolivia; the third largest is Colombia.
Q. How does cocaine get from, in terms of manufacture and production, how do we get from a coca plant to that brick of cocaine that you've just described?

A. It's a three-phase process. The coca leaf is dried and extracted. You need hundreds of pounds of coca leaf to produce a kilo of cocaine, cocaine paste. That's a rudimentary, non-skilled position. Literally in the jungle by a river, they create a pit. They put the leaves inside the pit, chemicals, and extract the liquid from there and then go on to produce cocaine base.

You need roughly two to three kilos of cocaine paste to make a kilo of cocaine base, and then that is further refined into cocaine hydrochloride where there's a one-to-one conversion ratio. One kilo of cocaine base will make one kilo of cocaine hydrochloride.

Q. What types of substances are used to extract the coca, cocaine base from the coca leaves?

A. Sodium carbonate, potassium permanganate, sulfuric acid, kerosene, ether, acetone and then drying lamps.

Q. Would those be generally described as solvents?

A. Yes.

Q. Is the coca plant grown or cocaine produced in any significant quantities within the United States?

A. No.

Q. Why not?

A. It takes hundreds of pounds to produce -- hundreds

of pounds of leaves to produce just one kilo of cocaine paste. You would need acres and acres and acres of it.
Q. Yet cocaine is found in the United States; is that correct?
A. Yes.
Q. So how does it get from Central America into this country?
A. It's transported by ship, plane, person, mail, private carrier into the United States.
Q. And is the typical unit of transport for cocaine from outside of the country into the country these kilogram bricks that you've described?
A. Kilogram is the largest that we would see, yes.
Q. Once it arrives in this country, how is it transported and distributed?
A. Any method the trafficker can get it to the location that it's going to be consumed at. Planes, trains, buses, cars, by person, mail, FedEx, UPS, DHL, any method they can get it from the source city to the consumer city, which would be Rhode Island.
Q. What is a drug courier?
A. A person who transports the drugs. They might have a hidden compartment in their car where they place kilos of cocaine and drive it up from Houston or LA. It would be someone who ingested the cocaine and came

to the United States and then passed the cocaine for consumption.
Q. Then besides couriers, you have the actual distributors or traffickers on the street; is that correct?
A. Correct.
Q. Based on your training and experience and your 14 years of that work here in Rhode Island and in the City of Providence, do you know the approximate value of a kilogram of cocaine in Providence or Johnston, Rhode Island, in December of 2007?
A. It would range between 28,000 and $32,000 a kilogram.
Q. That's if sold as a brick, right, in bulk quantity?
A. Yes.
Q. If the cocaine were to be cut, broken up into smaller units for distribution, it could be much more than that; is that correct?
A. Yes. There's a thousand grams in a kilogram. The normal dosage unit, or normal distribution rate for a person is a gram. The average is between 50 and $100 a gram.
Q. But in this case, we have a single brick of cocaine, a single kilogram of cocaine and the value of

that, just as a brick, is between 28 and $32,000; is that correct?
A. Correct.
Q. If sold wholesale?
A. Yes.
Q. Based on, again, your training and experience, the multitude of conversations you've had with users and traffickers in the drug, cocaine, is that amount of cocaine, a kilogram of cocaine, is that consistent with personal use or with an intent to redistribute to others?
A. That's a distributional amount.
Q. Agent Carnevale, in this case, the brick of cocaine was wrapped first in plastic and then in carbon paper. Have you seen carbon paper used to wrap bricks of cocaine?
A. Yes, I have. When they ship it via commercial carrier, DHL, UPS or FedEx.
Q. Do you know why they do that?
A. The traffickers believe that carbon paper will stop the substance from being X-rayed.
Q. Do you know if that works?
A. It doesn't.
Q. Agent Carnevale, just one other thing.
Does your agency, the Drug Enforcement

Administration, utilize private carriers or non-agent carriers when you are shipping drug evidence either to laboratories or between and among offices in the United States?

A. Yes, we do.

MR. SULLIVAN: Thank you.

THE COURT: Thank you, Mr. Sullivan. Mr. Ruginski?

MR. RUGINSKI: No questions of this witness, your Honor.

THE COURT: No questions?

MR. RUGINSKI: No questions.

THE COURT: All right. You may step down, Agent Carnevale. Thank you very much.

C E R T I F I C A T I O N

I, Anne M. Clayton, RPR, do hereby certify that the foregoing pages are a true and accurate transcription of my stenographic notes in the above-entitled case.

______________________________________

Anne M. Clayton, RPR

______________________________________

Date