**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA :**
**:**
**v. : CR NO: 08-010 S**
**:**
**EDWARD PEREZ a/k/a EDWIN :**

**DEFENDANT EDWARD PEREZ'**
**MOTION FOR ENLARGEMENT OF TIME**

Now comes the Defendant, Edward Perez, through counsel and respectfully moves this Honorable Court for an order granting counsel an extension of time within which to file motions on his behalf.

WHEREFORE, Defendant's counsel respectfully requests an extension of time to file motions in the above captioned case.

Respectfully submitted,
**Defendant, Edward Perez**
By his attorney,

/s/ Matthew B. Smith, Esq.
Matthew B. Smith, Esq. (#4120)
1206 Westminster Street
Providence, Rhode Island 02909
(401) 272-7277
(401) 454-5557 {Fax}

**CERTIFICATION**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 15, 2008.

/s/ Matthew B. Smith, Esq.